

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:      Stanley Anozie Obi v. The State of Texas

Appellate case number:    01-12-01003-CR

Trial court case number:  1805540A

Trial court:              County Criminal Court at Law No. 1 of Harris County

       The court requests briefing in this case.  Appellant's brief, if any, is due **January 4, 2013**.  The State's brief, if any is due **January 25, 2013**.

       It is so ORDERED.


Judge's signature: /s/ Huddle
                     ⊠ Acting individually    ☐ Acting for the Court


Date: December 12, 2012